IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UL LLC,

    *Plaintiff-Appellee,*

-v-

JOSHUA CALLINGTON,

    *Defendant-Appellant.*

No. 25-2596

# MOTION TO HOLD APPEAL IN ABEYANCE
# PURSUANT TO FED. R. APP. P. 4(a)(4)

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, Fed. R. App. P., 4(a)(4)(A)(ii),(iv) and (B)(i)(ii), Defendant-Appellant Joshua Callington ("Mr. Callington") hereby moves for an order to hold this appeal in abeyance and to stay all corresponding deadlines in this appeal, for the following reasons:

    1.    This appeal stems from that portion of the district court's decision and order, entered on August 7, 2025, which denied Defendant-Appellant's special anti-SLAPP motion under Oregon law, Or. Rev. Stat. § 31.150 *et seq.* (Dkt. 90).

    2.    On September 5, 2025, Defendant-Appellant moved the district court to reconsider, supplement, amend and/or clarify that portion of its decision pursuant to Federal Rules of Civil Procedure, Fed. R. Civ. P., 52(b) and 59(e) (Dkt. 96). That motion is still presently pending before the district court.

    3.    Pursuant to Fed. R. App. P. 4(a)(4)(B)(i), Defendant-Appellant's notice of appeal should therefore be treated as taking effect on the future date of entry when

the district court disposes of the pending motion. *Id.* ("If a party files a notice of appeal after the court announces or enters a judgment—but before it disposes of any motion listed in Rule 4(a)(4)(A)—the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered.")

4. In accordance with Fed. R. App. P. 4(a)(4)(B)(ii), Defendant-Appellant will therefore "file … an amended notice of appeal—in compliance with Rule 3(c)—within the time prescribed …[as] measured from the entry of the order disposing of the … [pending] motion," if he still wishes to appeal from the decision at that time.

\*   \*   \*

Accordingly, Defendant-Appellant respectfully requests that the Clerk of Court enter an order holding this appeal in abeyance and staying all corresponding deadlines until Defendant-Appellant either files an amended notice of appeal Fed. R. App. P. 4(a)(4)(B)(ii), or allows the time for doing so to elapse without further action, following the district court's disposition of the pending motion.

Dated: September 18, 2025

Respectfully submitted,

By:   */s/ Agatha M. Cole*
Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Defendant-Appellant,*
*Joshua Callington*