# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

September 22, 2025

*By the Court:*

|  | UL LLC, |
|---|---|
|  | Plaintiff - Appellee |
| No. 25-2596 | v. |
|  | JOSHUA CALLINGTON, |
|  | Defendant - Appellant |

| Originating Case Information: |
|---|
| District Court No: 1:24-cv-05631 |
| Northern District of Illinois, Eastern Division |
| District Judge Andrea R. Wood |

Upon consideration of the **MOTION TO HOLD APPEAL IN ABEYANCE PURSUANT TO FED. R. APP. P. 4(a)(4)**, filed on September 18, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Proceedings in this appeal are **SUSPENDED** pending the district court's resolution of the motion for reconsideration filed on September 5, 2025. Appellant shall file a status report within seven days of a ruling on the motion for reconsideration, or on or shortly before December 3, 2025, if no order has yet issued.

form name: **c7_Order_BTC**   (form ID: **178**)