# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 5, 2025

*By the Court:*

| No. 25-2596 | UL LLC, <br>        Plaintiff - Appellee <br><br> v. <br><br> JOSHUA CALLINGTON, <br>        Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-05631 <br> Northern District of Illinois, Eastern Division <br> District Judge Andrea R. Wood ||

In light of the district court's November 21, 2025, order denying appellant's motion for reconsideration,

**IT IS ORDERED** that this appeal will proceed to briefing. Briefing will proceed as follows:

  1.  The brief and required short appendix of the appellant are due by January 5, 2026.

  2.  The brief of the appellee is due by February 3, 2026.

  3.  The reply brief of the appellant, if any, is due by February 24, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).