IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UL LLC, <br><br>    *Plaintiff-Appellee,* <br><br> -v- <br><br> JOSHUA CALLINGTON, <br><br>    *Defendant-Appellant.* | No. 25-2596 |

## **STATUS REPORT AND MOTION TO CONTINUE**

Pursuant to this Court's Order dated November 22, 2025, Defendant-Appellant Joshua Callington ("Mr. Callington") submits this status report and moves for an order to continue holding this appeal in abeyance, for the following reasons:

1. This appeal stems from the denial of Mr. Callington's statutory immunity defense on a special motion brought under Oregon's anti-SLAPP law, Or. Rev. Stat. § 31.150 *et seq. See* Mem. Op. & Order [Dkt. 90]. N.D. Ill. Case No. 24-cv-05631 (Aug. 7, 2025). The Notice of Appeal [Dkt. 97] was filed "in an abundance of caution" to preserve Mr. Callington's appellate rights while his motion to reconsider remained pending in the district court. *See* Mot. to Reconsider [Dkt. 96], No. 24-cv-05631 (N.D. Ill. Sept. 9, 2025) (requesting that the district court "reconsider, supplement, amend, and/or clarify [its] decision" on his anti-SLAPP motion). As is relevant here, that motion also asked the district court to clarify whether its decision was intended as a final order disposing of Mr. Callington's immunity defense, or an

interim ruling on an anti-SLAPP motion which he could renew at the close of the pleadings. *See* Reply in Further Supp. of Mot. Recons. [Dkt. 108, Page ID # 1019], N.D. Ill. Case No. 24-cv-05631 (Sept. 29, 2025).

2. In a written decision entered November 22, 2025, the district court stated that its original decision on the anti-SLAPP motion "was a non-final order," which it "may reconsider" at "any time." Order [Dkt. 114, Page ID # 1083], N.D. Ill. Case No. 24-cv-05631 (Nov. 22, 2025).

3. Because the district court has not yet entered a final order disposing of his statutory-immunity defense, Mr. Callington respectfully requests that this Court continue to hold the appeal in abeyance.

Dated: December 8, 2025

Respectfully submitted,

By: 　*/s/ Agatha M. Cole*
　　　Agatha M. Cole
　　　BEVERLY PLLC
　　　43 West 43rd Street, Suite 159
　　　New York, NY 10036
　　　(828) 773-2628
　　　agatha@beverlypllc.com

*Counsel for Defendant-Appellant,*
*Joshua Callington*