# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 10, 2025

Before
DIANE S. SYKES, *Circuit Judge*

| No. 25-2596 | UL LLC,<br>                Plaintiff - Appellee<br><br>v.<br><br>JOSHUA CALLINGTON,<br>                Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-05631<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood ||

Upon consideration of the **STATUS REPORT AND MOTION TO CONTINUE**, filed on December 8, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion to continue the suspension of proceedings is **DENIED**. *See* Fed. R. App. P. 4(a)(4)(B)(i). Appellant is reminded of his obligation to file the docketing statement required by Circuit Rule 3(c), identifying (among other things) the asserted basis for appellate jurisdiction. *See also* Cir. R. 28(a)(3) (requiring elaboration if an appeal is brought from "an order other than a final judgment which adjudicates all of the claims with respect to all parties").