# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RULE TO SHOW CAUSE
## CIRCUIT RULE 3(c) DOCKETING STATEMENT

December 15, 2025

*By the Court*:

| | |
|---|---|
| No. 25-2596 | UL LLC,<br>                Plaintiff - Appellee<br><br>v.<br><br>JOSHUA CALLINGTON,<br>                Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-05631<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood | |

Circuit Rule 3(c) directs the appellant to file and serve a Docketing Statement, which meets the requirements of Circuit Rule 28(a), with the clerk of the District Court at the time of the filing of the notice of appeal or with the clerk of this court within seven (7) days of filing the notice of appeal. The Rule 3(c) Docketing Statement has not been filed to date. Accordingly,

**IT IS ORDERED** that the appellant file this overdue Docketing Statement with the clerk of this court within fourteen (14) days of the date of this order. Failure to do so will result in a one hundred dollar ($100.00) fine and/or dismissal of this notice of appeal.

**NOTE:**     Please caption document "CIRCUIT RULE 3(c) DOCKETING STATEMENT". The filing of a "Jurisdictional Memorandum" which may have been specifically ordered by the court does not satisfy your obligation under Circuit Rule 3(c). The filing of a "CIRCUIT RULE 3(c) DOCKETING STATEMENT" shall constitute a response to this order.

form name: **c7_Docket_Showcause**     (form ID: **115**)