IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UL LLC,<br><br>　　　*Plaintiff-Appellee*,<br><br>　-v-<br><br>JOSHUA CALLINGTON,<br><br>　　　*Defendant-Appellant*. | No. 25-2596 |

### **APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL**

　　　Pursuant this Court's Order dated December 10, 2025, Defendant-Appellant Joshua Callington ("Mr. Callington") hereby moves to voluntarily dismiss this appeal, for the following reasons:

　　　1.　　On September 22, 2025, this appeal was temporarily held in abeyance pending the resolution of a motion to reconsider and/or clarify the district court order from which the notice of appeal was originally taken.

　　　2.　　In a subsequent decision and order dated November 22, 2025, the district court clarified that the original decision from which this appeal was taken is a "non-final order," subject to further consideration in the proceedings below. *See* Order [Dkt. 114, Page ID # 1083], N.D. Ill. Case No. 24-cv-05631 (Nov. 22, 2025).

3. Accordingly, the appeal should be dismissed pursuant to 28 U.S.C. § 1292, without prejudice to re-filing or re-opening the appeal once a final appealable decision has been rendered by the district court.

Dated: January 5, 2026

Respectfully submitted,

By:  */s/ Agatha M. Cole*

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Defendant-Appellant,
Joshua Callington*