# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 6, 2026

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604

|  | UL LLC, |
|---|---|
|  | Plaintiff - Appellee |
| No. 25-2596 | v. |
|  | JOSHUA CALLINGTON, |
|  | Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-05631 | |
| Northern District of Illinois, Eastern Division | |
| District Judge Andrea R. Wood | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    F.R.A.P. 42(b)


STATUS OF THE RECORD:                                 no record to be returned


form name: **c7_Mandate**     (form ID: **135**)